```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/06/2024
```

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BERVIN NELSON BRUAL,

                Plaintiffs

against

RICHARD G. HARVEY, HARVEY FAMILY CHIROPRACTIC, PHYSICAL THERAPY & ACUPUNCTURE, PLLC and NORTH BROADWAY CHIROPRACTIC & PHYSICAL THERAPY, PLLC

                Defendants.
------------------------------------------------------------------X

Index #: 7:23-cv-8706

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Richard G Harvey, all Defendants will move this Court before the Honorable Nelson S. Roman, U. S. D. J. at the United States Courthouse, 300 Quarropas Street, White Plains, New York, at a date and time to be set by the court, for an order pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure dismissing Plaintiff's complaint in its entirety for lack of subject matter jurisdiction and for such other relief as this Court may deem just and proper.

Dated: Jericho, New York
       February 1, 2024

Respectfully submitted,

/s/ Peter M. Birzon
Peter Birzon & Associates, P. C.
400 Jericho Turnpike, Ste 100
Jericho, New York 11743
Tel: (516) 942-9100
Email: *pbirzon@pbalaw.net*
*Attorneys for the Defendants*

**Defs.' motion is DENIED without prejudice to renew as premature. Defs. are directed to file all of their papers on the reply date, March 21, 2024, in accordance with this Court's order located at ECF No. 29. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 31.**
**Dated: February 6, 2024**
    **White Plains, NY**

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE